WILLIAM H. BALDWIN and Others, as Copartners, etc., Respondents, v. CARAVEL

Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.